# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**CHRISTOPHER REED**

Case Number: **5:99-cr-12-Oc-10GRJ**

USM Number: **28512-018**

Rick Carey, FPD
201 S.W. Second Street, Suite 102
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, and 5 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of cocaine with intent to distribute within 1000 feet of a physical place of regular worship services | April 9, 2009 |
| 2 | Sale of cocaine within 1000 feet of a physical place of regular worship services | April 9, 2009 |
| 3 | Fleeing and eluding | April 9, 2009 |
| 4 | Possession of controlled substance in violation of Condition 7 of the Standard Conditions of Supervision | April 9, 2009 |
| 5 | Failure to notify the Probation Officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision | May 29, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: January 21, 2010

_____
**UNITED STATES DISTRICT JUDGE**
January 21, 2010

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **14 Months**.

The Court recommends to the Bureau of Prisons:

That defendant be designated for service at FCC Coleman, Florida.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal